# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

JOAQUIN BENITEZ

Plaintiff(s)

vs.

Case Number: 4:23-cv-00536-JFJ

INSTALLED BUILDING PRODUCTS

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

the purpose of representing Defendant Installed Building Products, LLC. I submit this Notice of Appearance following the Court's granting of my Motion for Admission Pro Hac Vice (ECF #11; 12/27/23 Minute Order). All pleadings, orders and correspondence regarding this matter should be directed to my attention in addition to all other counsel of record.

January 8, 2024
Date

Type of Appointment: ☑ Retained  ☐ CJA

☐ FPD  ☐ Pro Bono  ☐ Pro Se

Signature

W. Eric Baisden (OH 0055763)
Print Name

Benesch Friedlander Coplan & Aronoff LLP
Firm Name

127 Public Square, Suite 4900
Mailing Address

Cleveland   OH   44114
City   State   Zip Code

Oklahoma State Bar Number (If Applicable)

ebaisden@beneschlaw.com
e-mail address

(216) 363-4500   (216) 363-4588
Phone Number   Fax Number

## Certificate of Service

I hereby certify that on  01/08/2024      (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Gregory J. Denney, Jason A. Dunn, Michael R. Perri, Socorro Adams Dooley, Lyndsay M. Flagg

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service                    ☐ In Person Delivery

☐ Courier Service                         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature