# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

JOAQUIN BENITEZ

Plaintiff(s)

vs.

Case Number: 4:23-cv-00536-JFJ

INSTALLED BUILDING PRODUCTS

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

the purpose of representing Defendant Installed Building Products, LLC. I submit this Notice of Appearance following the Court's granting of my Motion for Admission Pro Hac Vice (ECF #12; 12/27/23 Minute Order). All pleadings, orders and correspondence regarding this matter should be directed to my attention in addition to all other counsel of record.

---

January 8, 2024
Date

Type of Appointment: [✓] Retained  [ ] CJA

[ ] FPD  [ ] Pro Bono  [ ] Pro Se

_____
Oklahoma State Bar Number (If Applicable)

lflagg@beneschlaw.com
e-mail address

_____
Signature

Lyndsay M. Flagg (OH 992248)
Print Name

Benesch, Friedlander, Coplan & Aronoff LLP
Firm Name

127 Public Square, Suite 4900
Mailing Address

Cleveland           OH      44114
City                State   Zip Code

(216) 363-4500      (216) 363-4588
Phone Number        Fax Number

# Certificate of Service

I hereby certify that on <u>01/08/2024</u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Gregory J. Denney, Jason A. Dunn, Michael R. Perri, Socorro Adams Dooley, W. Eric Baisden

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_Lindsey Flagg_
Signature